(98 South. 216)

**Ex parte James WHETSTONE.  (3 Div. 634.)**

(Supreme Court of Alabama.  Nov. 1, 1923.
Rehearing Denied Dec. 20, 1923.)

Certiorari to Court of Appeals.

T. E. Martin, of Montgomery, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J.  Petition of James Whetstone
for certiorari to the Court of Appeals, to re-
view and revise the judgment and decision of
that court in the case of Whetstone v. State,
19 Ala. App. 331, 98 South. 216.

Writ denied.